UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO: 09-CV-60732-JORDAN-MCALILEY

**MARK A. VACKER**

    Plaintiff,

v.

**FIRST DATA MERCHANT SERVICES CORPORATION;
EXPERIAN INFORMATION SOLUTIONS, INC.,**
    Defendants.
_____/

## JOINT SCHEDULING REPORT

Pursuant to the Court's Order of June 29th, 2009 and Southern District of Florida Local Rule 16.1, the attorneys of record submit this Joint Scheduling Report. A Proposed Scheduling Order is being filed with this Report.

a) Parties cannot assert the likelihood of settlement at this time.

b) The Plaintiff has filed a motion to add the party Metropolitan Adjustment Bureau.

c) Proposed limits on time:

    (i) The parties shall have until January 11th, 2010 to file motions to amend pleadings.

    (ii) The parties shall have until August 1, 2010 to file dispositive pretrial motions and motions to exclude or limit expert testimony.

    (iii) The parties shall have until April 25th, 2010 to complete fact discovery and until July 1, 2010 to complete expert discovery.

d) The parties may attempt to dispose of some or all of the claims or defenses through motions to dismiss, motions on the

...[motion]s for summary judgment, although it is uncertain at this time to what extent this will occur.

e) Amendment of pleadings is not necessary at this time.

f) The possibility of obtaining admissions of fact and documents to avoid unnecessary proof, stipulations of authenticity and evidentiary rulings will be determined by discovery.

g) At this time, the parties do not believe that there will be any unnecessary proof or cumulative evidence.

h) At least one party to this action has declined consent to jurisdiction by a magistrate judge.

i) The trial is anticipated to take two to three (2-3) days.

j) The parties request that the pre-trial conference be held no earlier than October 7th, 2010 and trial be held no earlier than October 20th, 2010.

Dated: July 6, 2009

Respectfully Submitted,

/s/ Paul A. Herman
Paul A. Herman (FL Bar No. 405175)
**Fair Credit Law Group, LLC**
3330 N.W. 53rd Street, Suite 306
Fort Lauderdale, FL 33309
Tel: 954-334-9100
Fax: 954-986-4777
*Attorney for Plaintiff*

2

Your complimentary use period has ended. Thank you for using PDF Complete.

Click Here to upgrade to Unlimited Pages and Expanded Features

**CERTIFICATE OF SERVICE**

I hereby certify that on the 2nd day of July, 2009, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

        ***s/Paul A. Herman***
        Paul A. Herman, Esq.

3